# UNITED STATES DISTRICT COURT

for the
## Western District of Kentucky
## Louisville Division

| | | |
|---|---|---|
| Steven L. Winston | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-00268-JGH |
| | ) | |
| Diversified Consultants, Inc., *et al.* | ) | |
| *Defendants* | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Stephen L. Winston and Defendants Diversified Consultants, Inc. and West Asset Management, Inc., by counsel, hereby jointly request that this Court dismiss Plaintiff's claims against Diversified Consultants, , Inc. and West Asset Management, Inc. without prejudice. Each party will bear their own fees and costs.

Dated: July 21, 2014

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
4055 Shelbyville Road
Suite B
Louisville, KY 40207
james@kyclc.com
Tel:    (502) 473-6525
Fax:    (502) 473-6561

Dated: July 21, 2014

/s/ Shea W. Conley (with permission)
Shea W. Conley
Reminger Co., LPA - Lexington
269 West Main Street, Suite 700
Lexington, KY 40507-1204
Tel:    859-233-1311
Fax:    859-233-1312
Email: sconley@reminger.com
*Counsel for Diversified Consultants, Inc.*
*and  West Asset Management, Inc.*